UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NASRIN AKHTAR SHEIKH, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**REPUBLIC OF THE SUDAN, et al.,**<br><br>  Defendants. | Civil Action No. 14-2090 (JDB) |
| **CALEB NDEDA CHOGO, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**REPUBLIC OF THE SUDAN, et al.,**<br><br>  Defendants. | Civil Action No. 15-951 (JDB) |
| **GARY LONNQUIST, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**ISLAMIC REPUBLIC OF IRAN, et al.,**<br><br>  Defendants. | Civil Action No. 17-1630 (JDB) |

## ORDER

Upon consideration of Plaintiffs' Consolidated Motion for Entry of Default Judgment on Liability & Damages [Sheikh ECF No. 83], Plaintiffs' Consolidated Motion for Entry of Default Judgment on Liability & Damages [Chogo ECF No. 97], and Plaintiffs' Motion for Entry of Final Default Judgment on Liability & Damages [Lonnquist ECF No. 42], and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that, as to all claims but those for punitive damages brought by the family

1

members of Farhat Mahmood Sheikh, [83] the Sheikh plaintiffs' motion for default judgment is **GRANTED**; it is further

**ORDERED** that, as to all claims but those for punitive damages brought by John Kabi Kibe and the family members of George Mimba, [97] the Chogo plaintiffs' motion for default judgment is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that [42] the Lonnquist plaintiffs' motion for default judgment is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that Iran is liable for compensatory damages totaling, with prejudgment interest, $454,136,349.58 and for punitive damages totaling $112,939,307.00.  Specific damage awards for each plaintiff are set forth in **Schedule A** below; it is further

**ORDERED** that final judgment is directed under Federal Rule of Civil Procedure 54(b) as to all claims but those for punitive damages raised by the Sheikh and Chogo plaintiffs proceeding under causes of action other than § 1605A(c).  Because eligibility for one of the main avenues for plaintiffs' compensation, the U.S. Victims of State Sponsored Terrorism Fund, requires a final judgment on plaintiffs' compensatory damages claims, see Frequently Asked Questions, U.S. Victims of States Sponsored Terrorism Fund, http://www.usvsst.com/faq.php (last accessed on August 31, 2020), the Court finds that entering final judgment on all claims resolved by this Order and accompanying Memorandum Opinion is the best course of action.  The question controlling the remaining punitive damages claims is now before the D.C. Circuit.  Iran's absence from these proceedings eliminates any possibility of unfairness caused by staggered appeals.  Hence, there is "no just reason for delay" in entering final judgment on these claims.  Fed. R. Civ. P. 54(b).  And it is further

**ORDERED** that the Chogo and Sheikh plaintiffs bringing claims for punitive damages under causes of action other than § 1605A(c) shall refile their motions for default judgment as to punitive

damages by not later than thirty days after the D.C. Circuit issues its decision in <u>Opati v. Republic of Sudan</u>, No. 14-7124.  The briefs supporting their motions shall not exceed fifteen double-spaced pages and shall apprise the Court of the status of these plaintiffs' claims to punitive damages under state law in light of the D.C. Circuit's forthcoming decision.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:  August 31, 2020

## Schedule A

|  | Economic Damages | Pain & Suffering Damages | Solatium Damages | Total Compensatory Damages with Prejudgment Interest through 8/31/2020 | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|
| **Sheikh** | | | | | | |
| Estate of Farhat Mahmood Sheikh | $302,002 | n/a | n/a | $890,936.10 | $302,002 | $1,192,938.10 |
| Nasrin Akhtar Sheikh | n/a | n/a | $8,000,000 | $23,600,800 | n/a | $23,600,800 |
| Farin Akhtar McLaughlin | n/a | n/a | $5,000,000 | $14,750,500 | n/a | $14,750,500 |
| Faraz Akhtar Sheikh | n/a | n/a | $5,000,000 | $14,750,500 | n/a | $14,750,500 |
| Faizan Akhtar Sheikh | n/a | n/a | $5,000,000 | $14,750,500 | n/a | $14,750,500 |
| **Chogo** | | | | | | |
| Fanuel Okall Onyando | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Jonas Emmanuel Zephania | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Mohamed Alfon Ngwegwe | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Peter Wambugu Wanyoike | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Stephen Macharia | n/a | $2,250,000 | n/a | $6,637,725 | $2,250,000 | $8,887,725 |
| Luka Litwaji | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Francis Mucira Munyi | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Francis Njau | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Silias Muriithi Njiru | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Richard Khaguli Sanya | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Robert Musyimi Matheka | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Thomas Mulwa Mutua | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Taitoro Masanga Omwanda | n/a | $7,500,000 | n/a | $22,125,750 | $7,500,000 | $29,625,750 |
| Samwel Njuguna | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Thomas Kariuki Ndibui | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Cancilde Umulisa | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Pelagia Kiboga Buberwa | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Monica Hugo Kapilima | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Anne Odinga | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Georgia Joseph Mhoma | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Esther Masabala | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Philips Asusa | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Frederick Alaro | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Caleb Ndeda Chogo | n/a | $2,500,000 | n/a | $7,375,250 | $2,500,000 | $9,875,250 |
| Ramadhan Juma | n/a | $2,500,000 | n/a | $7,375,250 | $2,500,000 | $9,875,250 |
| Peter Maina Joseph | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Joseph Thairu Gatheca | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Daniel Amapanga | n/a | $2,500,000 | n/a | $7,375,250 | $2,500,000 | $9,875,250 |
| Estate of Francis Kibe Njuguna | $137,305 | $500,000 | n/a | $1,880,113.48 | $637,305 | $2,517,418.48 |
| John Kabi Kibe | n/a | n/a | $5,500,000 | $16,225,550 | n/a | $16,225,550 |
| Mathew Muema Mbithi | n/a | $1,750,000 | n/a | $5,162,675 | $1,750,000 | $6,912,675 |
| Peter Kilonzi Mbithi | n/a | $2,500,000 | n/a | $7,375,250 | $2,500,000 | $9,875,250 |
| Geeti Shah | n/a | $2,250,000 | n/a | $6,637,725 | $2,250,000 | $8,887,725 |
| Justus Wambua | n/a | $1,750,000 | n/a | $5,162,675 | $1,750,000 | $6,912,675 |
| Renson Murano Ashika | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Anthony M. Chege | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Estate of William Kibiy Kili | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Phanuel Rugendo Maclus | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Geoffrey Kamau Mundiah | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Paul Gitau Mwangi | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Stanley Waweru Njagi | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Patrick Maweu | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Estate of Richard Ndemwa Maweu | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| James Kanja | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| George Opanga | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| David Kimani | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Elvis Murithi Samuel | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Joseph Theuri Githogori | n/a | $2,000,000 | n/a | $5,900,200 | $2,000,000 | $7,900,200 |
| Lucas Ndile | n/a | $1,500,000 | n/a | $4,425,150 | $1,500,000 | $5,925,150 |
| Prisca Akumu Mimba | n/a | n/a | $2,500,000 | $7,375,250 | n/a | $7,375,250 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Judith Akinyi Mimba | n/a | n/a | $1,250,000 | $3,687,625 | n/a | $3,687,625 |
| Christine Awino Mimba | n/a | n/a | $1,250,000 | $3,687,625 | n/a | $3,687,625 |
| Fredrick Ouso Mimba | n/a | n/a | $1,250,000 | $3,687,625 | n/a | $3,687,625 |
| Hezborn Owiro Mimba | n/a | n/a | $1,250,000 | $3,687,625 | n/a | $3,687,625 |
| Beatrice Akoth Mimba | n/a | n/a | $1,250,000 | $3,687,625 | n/a | $3,687,625 |
| Zablon Nyamalo Mimba | n/a | n/a | $1,250,000 | $3,687,625 | n/a | $3,687,625 |
| Edwin Opiyo Mimba | n/a | n/a | $1,250,000 | $3,687,625 | n/a | $3,687,625 |
| Erica Achieng Mimba | n/a | n/a | $1,250,000 | $3,687,625 | n/a | $3,687,625 |
| **Lonnquist** | | | | | | |
| Gary Lonnquist | n/a | $5,000,000 | n/a | $14,750,500 | $5,000,000 | $19,750,500 |
| Joan Lonnquist | n/a | n/a | $4,000,000 | $11,800,400 | $4,000,000 | $15,800,400 |
| Timothy Teske | n/a | $5,000,000 | n/a | $14,750,500 | $5,000,000 | $19,750,500 |
| Sharon Teske | n/a | n/a | $4,000,000 | $11,800,400 | $4,000,000 | $15,800,400 |
| Taylor Teske | n/a | n/a | $2,500,000 | $7,375,250 | $2,500,000 | $9,875,250 |
| Estate of Ruth F. Midden | n/a | n/a | $0 | $0 | $0 | $0 |
| John Doe | n/a | n/a | $2,500,000 | $7,375,250 | $2,500,000 | $9,875,250 |
| **Total** | $439,307 | $99,500,000 | $54,000,000 | $454,136,349.58 | $112,939,307 | $567,075,656.58 |