

# United States Department of State

*Washington, D.C.   20520*

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001



May 17, 2021

**Re: Gary Lonnquist, et al. v. Islamic Republic of Iran, et al., 1:17-cv-01630-JDB**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Memorandum Opinion (Doc. 45), Order (Doc. 44), and Notice of Default Judgment to the Islamic Republic of Iran and Iranian Ministry of Information and Security pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as defendants in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes Nos. 1052-IE and 1053-IE, dated April 27, 2021 and delivered on April 28, 2021. Certified copies of these diplomatic notes are enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Assistant Legal Adviser for Consular Affairs

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____Alessandra MANOIERO_____
(Typed name of Official who executed the annexed document)

_____
(Signature of Consular Officer)

_____Lisa I. OVERMAN_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

May 10, 2021
(Date)



## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland        )
Bern, Canton of Bern                ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
(Signature of Consular Officer)

_____Lisa I. OVERMAN_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

May 10, 2021
(Date)



## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland         )
Bern, Canton of Bern                     ) SS:
Embassy of the United States of America )

I, Lisa I. Overman, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 27468 dated April 9, 2021, which was transmitted to the Swiss Ministry of Foreign Affairs on April 14, 2021 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

(Signature of Consular Officer)

Lisa I. OVERMAN
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

May 10, 2021
(Date)



## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____Alessandra MANOIERO_____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)

_____Lisa I. OVERMAN_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

May 10, 2021
(Date)